# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE

## STATE OF TENNESSEE v. SHUNDELL L. DICKERSON

**Criminal Court for Davidson County**
**No. 2004-A-538**

---

**No. M2006-02021-CCA-R3-CD - Filed July 18, 2008**

---

## ORDER

The court hereby grants the petition for rehearing filed by the State of Tennessee in this matter and withdraws the opinion and vacates the judgment previously filed on March 20, 2008. A new opinion and judgment are being filed contemporaneously with this order.


PER CURIAM

John Everett Williams, Judge
Jerry L. Smith, Judge
Alan E. Glenn, Judge